RECEIVED
DEC 2 0 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

BILLIE BLEVINS, ET AL.                MISC. CASE NO. 16-mc-85

VERSUS                                JUDGE DOHERTY

TAKEDA PHARMACEUTICAL COMPANY         MAGISTRATE JUDGE HANNA
LIMITED, ET AL

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Billie Blevins, as Executrix and Derivative; James E. Blevins and Beth Blevins Williams, as Derivative Claimants of the Estate of James Blevins, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 20th day of December, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE